## Heilman, Appellant, *v.* Lebanon.

Argued September 17, 1965. *Allen H. Krause,* for appellant; *L. E. Meyer,* with him *Joseph M. Hill,* City Solicitor, and *Meyer, Brubaker & Whitman,* for appellee.

Order affirmed.

FLOOD, J., absent.

## Lamoreaux Unemployment Compensation Case.

Argued September 16, 1965. *Gerald E. Ruth,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.